```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
       BIG STONE GAP DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:09CR00003 |
| v. ) | |
| ) | **FINAL ORDER** |
| ) | |
| **AMELIA TURNER,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is DENIED as untimely; the defendant's related motion seeking to reopen plea negotiations (ECF No. 81) is DENIED; and the § 2255 action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: April 29, 2013

/s/ James P. Jones
United States District Judge